Steven J. Skikos (SBN 148110)
Gregory T. Skikos, Bar No. 176531
Kathleen N. Millican (SBN 203691)
LOPEZ, HODES, RESTAINO,
MILMAN & SKIKOS
625 Market Street, 11th Floor
San Francisco, CA  94105
Tel:    (415) 956-5257
Fax:   (415) 956-4416

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DRAPER and HAROLD DRAPER,<br><br>    Plaintiffs,<br>v.<br><br>CHATTEM, INC.; THOMPSON MEDICAL COMPANY, INC.; WALGREEN CO.; BAYER CORPORATION; THE DELACO COMPANY; BERGEN BRUNSWIG DRUG COMPANY; MCKESSON CORPORATION; and DOES 1 to 100, inclusive,<br><br>    Defendants. | CASE NO.  C 02 0701 ~~JCS~~   VRW<br><br>~~[PROPOSED]~~ ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:   February 28, 2006<br>Time:   9:00 a.m.<br>Judge:  Hon Vaughn R. Walker<br>Ctrm:   6, 17th Floor |

IT IS HEREBY ORDERED THAT:

The Case Management Conference currently on calendar for Tuesday February 28, 2006 is vacated.  The new hearing date is ____March 28_____2006.  at 9:00 AM.

IT IS SO ORDERED

DATED: _February 27, 2006_____          _____
                                          Honorable Judge Vaughn R Walker
                                          Judge of the United States District Court
                                          For Northern District of California

[PROPOSED] ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE        C 02 0701 JCS
Re: Draper vs. Chattem Inc., et al                                            MDL CASE NO. 1407