```
 1  Steven J. Skikos (SBN 148110)
    Gregory T. Skikos, Bar No. 176531
 2  Kathleen N. Millican (SBN 203691)
    LOPEZ, HODES, RESTAINO,
 3  MILMAN & SKIKOS
    625 Market Street, 11th Floor
 4  San Francisco, CA  94105
    Tel:   (415) 956-5257
 5  Fax:   (415) 956-4416
 6  Attorneys for Plaintiffs
```

**FILED**

MAR 29 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DRAPER and HAROLD DRAPER, <br><br>Plaintiffs, <br><br>v. <br><br>CHATTEM, INC.; THOMPSON MEDICAL COMPANY, INC.; WALGREEN CO.; BAYER CORPORATION; THE DELACO COMPANY; BERGEN BRUNSWIG DRUG COMPANY; MCKESSON CORPORATION; and DOES 1 to 100, inclusive, <br><br>Defendants. | CASE NO. C 02 0701 VRW <br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br>Date:  March 28, 2006 <br>Time:  9:00 a.m. <br>Judge: Hon Vaughn R. Walker <br>Ctrm:  6, 17th Floor |

IT IS STIPULATED BETWEEN THE PARTIES THAT:

The Case Management Conference currently on calendar for Tuesday March 28, 2006 shall be continued 30 days. The parties are currently negotiating the resolution of this matter and will report the status to the Court within 30 days.

///

///

///

///

- 1 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Re: *Draper vs. Chattem Inc., et al*

C 02 0701 JCS
MDL CASE NO. 1407

03/27/2006 03:35 FAX 4125 9507016 LOPEZ, HODES et al.  ☒003
Case 3:02-cv-00701-VRW   Document 54   Filed 03/29/06   Page 2 of 3
Mar-27-06  02:35pm  From-                                    +12138029484        T-618  P.003/003  F-784

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED March 27, 2006 | LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS |
| 3 | | |
| 4 | | |
| 5 | | _____ |
| 6 | | GREGORY T. SKIKOS<br>Attorneys for Plaintiff |
| 7 | | |
| 8 | | |
| 9 | DATED March 27, 2006 | FULBRIGHT & JAWORSKI |
| 10 | | |
| 11 | | |
| 12 | | _____ for Doug Stern |
| 13 | | DOUGLAS T. STERN<br>Attorney for Defendant |

-2-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
Re: Draper vs. Chattem Inc., et al

C 02 0701 JCS
MDL CASE NO. 1407

03/27/2006 03:45 FAX 3102956-0070  LOPEZ HODES et al  Case 3:02-cv-00701-VRW  Document 54  Filed 03/29/06  Page 3 of 3  ☒004

1  Steven J. Skikos (SBN 148110)
   Gregory T. Skikos, Bar No. 176531
2  Kathleen N. Millican (SBN 203691)
   LOPEZ, HODES, RESTAINO,
3  MILMAN & SKIKOS
   625 Market Street, 11th Floor
4  San Francisco, CA  94105
   Tel:  (415) 956-5257
5  Fax:  (415) 956-4416

6  Attorneys for Plaintiffs

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11

12  GRACE DRAPER and HAROLD DRAPER,  )  CASE NO.  C 02 0701 VRW
                                     )
13      Plaintiffs,                  )
    v.                               )  [PROPOSED] ORDER RE
14                                   )  STIPULATION TO CONTINUE
    CHATTEM, INC.; THOMPSON MEDICAL  )  CASE MANAGEMENT CONFERENCE
15  COMPANY, INC.; WALGREEN CO.;     )
    BAYER CORPORATION; THE DELACO    )  Date:  March 28, 2006
16  COMPANY; BERGEN BRUNSWIG DRUG    )  Time:  9:00 a.m.
    COMPANY; MCKESSON CORPORATION;   )  Judge: Hon Vaughn R. Walker
17  and DOES 1 to 100, inclusive,    )  Ctrm:  6, 17th Floor
                                     )
18      Defendants.                  )
                                     )
19  ─────────────────────────────────

20      IT IS HEREBY ORDERED THAT:

21      The Case Management Conference currently on calendar for Tuesday, March 28, 2006 is

22  vacated.  The new hearing date is April 25, 2006 at 9:00 a.m.

23

24

25  DATED:  2 9 MAR 2006                    /s/ V. Walker
26                                          ─────────────────────────────
                                            Honorable Vaughn R. Walker
27                                          Judge of the United States District Court
                                            For Northern District of California
28

[PROPOSED] ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE          C 02 0701 JCS
Re: *Draper vs. Chattem Inc., et al*                                            MDL CASE NO. 1407