PETER H. MASON (State Bar No. 71839)
DOUGLAS W. STERN (State Bar No. 82973)
ADAM P. ZAFFOS (State Bar No. 217669)
**FULBRIGHT & JAWORSKI L.L.P.**
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendant
BAYER CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE DRAPER, et al.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHATTEM, INC., et al.<br><br>　　　　　Defendant. | CIVIL ACTION NO. C 02 00701 VRW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER FOR VOLUNTARY**<br>**DISMISSAL OF COMPLAINT WITH**<br>**PREJUDICE** |

Plaintiff Grace Draper and Defendant Bayer Corporation, through their counsel of record, hereby stipulate that the Complaint, and each and every cause of action asserted in this proceeding, shall be dismissed with prejudice, each side to bear its own attorneys' fees and costs. The parties further stipulate that the Court may enter an order based upon this stipulation.

IT IS SO STIPULATED.

DATED: August 16, 2006    FULBRIGHT & JAWORSKI L.L.P.

By: _____
Adam P. Zaffos
Attorneys for Bayer Corporation

DATED: August 18, 2006    LOPEZ, HODES, RESTAINO, MILMAN & SKIKOS

By: _____
Greg T. Skikos
Attorneys for Plaintiff Grace Draper

### ORDER

Based upon the foregoing, the Complaint, and each and every cause of action asserted therein, shall be dismissed with prejudice, each side to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____, 2006    _____
Vaughn R. Walker
United States District Court Judge

31177227.1

- 2 -

STIPULATION RE DISMISSAL